WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
KHAI LEQUANG  (State Bar No. 202922 )
klequang@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

Attorneys for Andrew Dominus, Esq., in his
capacity as successor trustee of Defendant
Doris Barnes Family 2008 Irrevocable Trust

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DORIS BARNES FAMILY 2008 IRREVOCABLE TRUST, GARY BARNES, as Trustee of the Doris Barnes Family 2008 Irrevocable Trust, JOHANN JOHN JEAN, RENAISSANCE LIFE INSURANCE INVESTMENT TRUST II, and NOVEL CAPITAL VENTURES, LLC,<br><br>Defendants. | CASE NO.  2:10-CV-07560-PSG-DTB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: DEFENDANT DORIS BARNES FAMILY 2008 IRREVOCABLE TRUST'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AGAINST PLAINTIFF HARTFORD LIFE AND ANNUITY INSURANCE COMPANY**<br><br>Date:  November 3, 2011<br>Time:  10:00 A.M.<br>Judge:  Philip S. Gutierrez<br>Magistrate Judge:  David T. Bristow<br><br>**[DISCOVERY MOTION]**<br><br>Fact Discovery Cutoff:  November 15, 2011<br>Pretrial Conference:  February 13, 2012<br>Trial Date:  February 28, 2012<br>Date Action Filed:  October 8, 2010 |

1       WHEREAS, on June 30, 2011, Andrew Dominus, Esq., in his capacity as

2  successor trustee of defendant Doris Barnes Family 2008 Irrevocable Trust (the

3  "Trust") served Requests for the Production of Documents (the "Requests") on

4  plaintiff Hartford Life and Annuity Insurance Company ("Hartford");

5       WHEREAS, on September 18, 2011, Hartford served its formal Response to

6  the Requests (the "Responses") on the Trust;

7       WHEREAS, in the Responses, Hartford agreed to produce, subject to any

8  applicable privilege, documents that are responsive to all but ten of the Requests;

9       WHEREAS, on October 13, 2011, pursuant to Central District Local Rule

10  37-2.1 and Federal Rule of Civil Procedure 37, the Trust and Hartford submitted a

11  Joint Stipulation (D.I. 58) in Support of the Trust's Motion to Compel Hartford to

12  Produce Documents (D.I. 57, the "Motion");

13       WHEREAS, on October 21, 2011, Hartford began producing additional

14  documents to the Trust;

15       WHEREAS, the current Discovery Cut Off date is November 15, 2011;

16       WHEREAS, the current Last Day to File Motion for Summary Judgment or

17  Summary Adjudication is November 29, 2011;

18       WHEREAS, the hearing on the Motion is currently set for November 10,

19  2011, and any supplemental briefing is due on or before November 3, 2011; and

20       WHEREAS, counsel for the Trust and Hartford seek to resolve by way of

21  stipulation certain issues raised by the Motion.

22       NOW, THERFORE, IT IS HEREBY STIPULATED as follows, subject to

23  the Court's approval:

24       1.    On or before November 1, 2011, Hartford will complete its production

25  of documents responsive to the Trust's Requests, subject to any objections,

26  including for privilege.

27       2.    On or before November 2, 2011, Hartford and the Trust will exchange

28  privilege logs.

1      3.     The Fact Discovery Cut Off will be extended to November 28, 2011.

2      4.     The Parties will use their best efforts, working in good faith to provide

3  expedited discovery, to complete discovery on or before the Discovery Cut Off.

4      5.     The hearing on the Motion currently set for November 10, 2011 will

5  be continued to the next day the Court is available on or after November 15, 2011.

6  Any supplemental briefing on the issue of sanctions will still be due on or before

7  November 3, 2011.

8      6.     The foregoing is without prejudice to the Trust's right to seek

9  sanctions in connection with the Motion.

10     7.     The foregoing is without prejudice to the Trust's right to compel

11  further production of documents in relation to the Requests to which Hartford has

12  objected.

13     8.     The foregoing is without prejudice to the Trust's right to reopen or re-

14  notice any deposition that has been taken in the action.

15     9.     The foregoing is without prejudice to the Parties' right to seek a

16  further extension of the discovery, motions, or trial deadlines.

17

18  Dated:  October 25, 2011      ORRICK, HERRINGTON & SUTCLIFFE LLP

19

20                        */s/ Khai LeQuang*
                              Khai LeQuang

21                Attorneys for Defendant Andrew Dominus, Esq.,
                in his capacity as successor trustee of defendant

22                Doris Barnes Family 2008 Irrevocable Trust

23  Dated:  October 25, 2011      DRINKER BIDDLE & REATH LLP

24

25                        */s/ Jonathan D. Pavlovcak*
                         Jonathan D. Pavlovcak

26

27                Attorney for Plaintiff Hartford Life and Annuity
                          Insurance Company

28