1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DORIS BARNES FAMILY 2008 IRREVOCABLE TRUST, GARY BARNES, as Trustee of the Doris Barnes Family 2008 Irrevocable Trust, JOHANN JOHN JEAN, RENAISSANCE LIFE INSURANCE INVESTMENT TRUST II, and NOVEL CAPITAL VENTURES, LLC,<br><br>Defendants. | CASE NO. 2:10-CV-07560-PSG-DTB<br><br>[PROPOSED] ORDER RE: DEFENDANT DORIS BARNES FAMILY 2008 IRREVOCABLE TRUST'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AGAINST PLAINTIFF HARTFORD LIFE AND ANNUITY INSURANCE COMPANY NOTE CHANGES MADE BY THE COURT<br><br>Date: November 3, 2011<br>Time: 10:00 A.M.<br>Judge: Philip S. Gutierrez<br>Magistrate Judge: David T. Bristow<br><br>**[DISCOVERY MOTION]**<br><br>Fact Discovery Cutoff: November 15, 2011<br>Pretrial Conference: February 13, 2012<br>Trial Date: February 28, 2012<br>Date Action Filed: October 8, 2010 |

## [PROPOSED] ORDER

Defendant Andrew Dominus, Esq., in his capacity as successor trustee of defendant Doris Barnes Family 2008 Irrevocable Trust (the "Trust") and plaintiff Hartford Life and Annuity Insurance Company ("Hartford") have submitted a stipulated to the resolution of certain issues raised in the Joint Stipulation (D.I. 58) in Support of the Trust's Motion to Compel Hartford to Produce Documents (D.I. 57, the "Motion").

On the basis of the foregoing ~~and good cause appearing therefore~~, it is hereby ordered as follows:

1. On or before November 1, 2011, Hartford will complete its production of documents responsive to the Trust's Requests, subject to any objections, including for privilege.

2. On or before November 2, 2011, Hartford and the Trust will exchange privilege logs.

3. The Fact Discovery Cut Off will be extended to November 28, 2011.

4. The Parties will use their best efforts, working in good faith to provide expedited discovery, to complete discovery on or before the Discovery Cut Off.

5. The hearing on the Motion currently set for November 10, 2011 will be continued to (November 17, 2011) (the next day the Court is available on or after November 15, 2011). Any supplemental briefing on the issue of sanctions will still be due on or before November 3, 2011.

6. The foregoing is without prejudice to the Trust's right to:

    (a) seek sanctions in connection with the Motion;

    (b) compel further production of documents in relation to the Requests to which Hartford has objected; and

    (c) reopen or re-notice any deposition that has been taken in the

action.

7. The foregoing is without prejudice to the Parties' right to seek a further extension of the discovery, motions, or trial deadlines.

IT IS SO ORDERED.

10/26/11   DATED: _____
　　　　　　　　　　　Honorable David T. Bristow