1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DORIS BARNES FAMILY 2008 IRREVOCABLE TRUST, GARY BARNES, as Trustee of the Doris Barnes Family 2008 Irrevocable Trust, JOHANN JOHN JEAN, RENAISSANCE LIFE INSURANCE INVESTMENT TRUST II, and NOVEL CAPITAL VENTURES, LLC,<br><br>Defendants. | CASE NO. 2:10-CV-07560-PSG-DTB<br><br>**[PROPOSED] ORDER RE: DEFENDANT DORIS BARNES FAMILY 2008 IRREVOCABLE TRUST'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AGAINST PLAINTIFF HARTFORD LIFE AND ANNUITY INSURANCE COMPANY**<br><br>Date: November 17, 2011<br>Time: 10:00 A.M.<br>Judge: Philip S. Gutierrez<br>Magistrate Judge: David T. Bristow<br><br>**[DISCOVERY MOTION]**<br><br>Fact Discovery Cutoff: November 28, 2011<br>Pretrial Conference: February 13, 2012<br>Trial Date: February 28, 2012<br>Date Action Filed: October 8, 2010 |

# [~~PROPOSED~~] ORDER

Defendant Andrew Dominus, Esq., in his capacity as successor trustee of defendant Doris Barnes Family 2008 Irrevocable Trust (the "Trust") and plaintiff Hartford Life and Annuity Insurance Company ("Hartford") have submitted a stipulated to the resolution of certain issues raised in the Joint Stipulation (D.I. 58) in Support of the Trust's Motion to Compel Hartford to Produce Documents (D.I. 57, the "Motion").

On the basis of the foregoing and good cause appearing therefore, it is hereby ordered as follows:

1. On or before November 10, 2011, Hartford will cause the sum of $4,500 to be paid to the Trust by way of a check made payable to the Trust's counsel in full satisfaction of the sanctions sought by the Trust in the Motion.

2. The hearing on the Motion currently set for November 17, 2011 shall be taken off the Court's calendar.

3. Nothing herein alters and/or otherwise affects the Order entered by the Court on October 26, 2011 with respect to the Motion except as provided above.

IT IS SO ORDERED.

DATED: November 4, 2011

_____
Honorable David T. Bristow