WILLIAM A. MOLINSKI (STATE BAR NO. 145186)  E-FILED: 3-5-2012
wmolinski@orrick.com
KHAI LEQUANG (STATE BAR NO. 202922)
klequang@orrick.com
MELANIE D. PHILLIPS (STATE BAR NO. 245584)
mphilips@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

STEPHEN G. FORESTA (pro hac vice)
sforesta@orrick.com
PHILIPP SMAYLOVSKY (pro hac vice)
psmaylovsky@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: 212-506-5000
Facsimile: 212-506-5151

Attorneys for Diane Grimmig, Esq., in her capacity as successor trustee of Defendant Doris Barnes Family 2008 Irrevocable Trust

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DORIS BARNES FAMILY 2008 IRREVOCABLE TRUST, GARY BARNES, as Trustee of the Doris Barnes Family 2008 Irrevocable Trust, JOHANN JOHN JEAN RENAISSANCE LIFE INSURANCE INVESTMENT TRUST II, and NOVEL CAPITAL VENTURES, LLC,<br><br>Defendant. | Case No. CV10-7560 PSG (DTBx)<br><br>**[PROPOSED] FINAL JUDGMENT IN FAVOR OF DORIS BARNES FAMILY 2008 IRREVOCABLE TRUST AND AGAINST HARTFORD LIFE AND ANNUITY INSURANCE COMPANY**<br><br>Judge: Philip S. Gutierrez<br><br>Date Action Filed: October 8, 2010 |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
LOS ANGELES

OHSUSA:261536397.1

[PROPOSED] FINAL JUDGMENT
CV10-7560 PSG (DTBx)

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, in accordance with Federal Rule of Civil Procedure 56 and 58, the Court hereby enters final judgment in the action as follows:

On Plaintiff Hartford Life and Annuity Insurance Company's ("Plaintiff") Complaint against Defendant Diane Grimmig, as trustee of the Doris Barnes Family 2008 Irrevocable Trust ("Trustee") and Defendant Doris Barnes Family 2008 Irrevocable Trust (the "Trust," and together, "Defendants"), Final Judgment is entered in favor of Defendants and against Plaintiff on all claims. Plaintiff shall recover none of the relief sought, and recoverable costs shall be taxed against Plaintiff in the amount to be determined by the Clerk of the Court.

Dated: March 5, 2012

_____
Honorable Philip S. Gutierrez
United States District Judge

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
LOS ANGELES

OHSUSA:261536397.1

- 1 -

[PROPOSED] FINAL JUDGMENT
CV10-7560 PSG (DTBx)